NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENVIRONMENTAL SAFETY CONSULTANTS, INC.,**
*Appellant*

**v.**

**RAYMOND E. MABUS, SECRETARY OF THE NAVY,**
*Appellee*

---

2014-1460

---

Appeal from the Armed Services Board of Contract Appeals in No. 58847, Administrative Judge Monroe E. Freeman, Jr.

---

**JUDGMENT**

---

DIANA PARKS CURRAN, Curran Legal Services Group, Inc., Johns Creek, GA, argued for appellant.

K. ELIZABETH WITWER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM; ELLEN M. EVANS, Office of the General Counsel, Navy Litigation Office, United States Navy, Washington Navy Yard, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

 

    PER CURIAM (LOURIE, O'MALLEY, and REYNA, *Circuit Judges*).

    **AFFIRMED.  *See* Fed. Cir. R. 36.**

        ENTERED BY ORDER OF THE COURT

 

 February 6, 2015           /s/  Daniel  E.  O'Toole
      Date                   Daniel E. O'Toole
                         Clerk of Court